UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHAMAR AVERY,

      Petitioner,

Case No. 1:04-CV-289

v.

Hon. Richard Alan Enslen

JOHN PRELESNIK,

**WRIT OF HABEAS CORPUS**

      Respondent.
_____/

    In accordance with the Opinion entered this date,

    **IT IS HEREBY ORDERED** that Respondent John Prelesnik's Objections to the Report and Recommendation (Dkt. No. 38) are **DENIED**, Petitioner's Objections to the Report and Recommendation (Dkt. No. 39) are **DENIED**, and the Report and Recommendation (Dkt. No. 37) is **ADOPTED.**

    **IT IS FURTHER ORDERED** that Petitioner Chamar Avery's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **GRANTED.**

    **IT IS FURTHER ORDERED** that the Respondent shall either release Petitioner from custody or afford him a new trial within 120 days of the issuance of this Writ.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as to Petitioner's failure to object to hearsay evidence claim.

DATED in Kalamazoo, MI:
    November 8, 2007

            /s/ Richard Alan Enslen
           RICHARD ALAN ENSLEN
           SENIOR UNITED STATES DISTRICT JUDGE